# EXHIBIT 1

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**  STATE BAR NUMBER:<br>NAME: Chantell Cervantes-Chambers. Esq.  SBN 299501<br>FIRM NAME: CHAMBERS & NORONHA<br>STREET ADDRESS: 2070 N. Tustin Avenue<br>CITY: Santa Ana   STATE: CA ZIP CODE: 92705<br>TELEPHONE NO.: (714) 558-1400   FAX NO.: (714) 558-0885<br>EMAIL ADDRESS: CPCERVANTES@CNLEGALGROUP.COM<br>ATTORNEY FOR (name): Plaintiff | **FOR COURT USE ONLY** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SOLANO<br>STREET ADDRESS: 580 Texas Street<br>MAILING ADDRESS: Solano, California 94533<br>CITY AND ZIP CODE:<br>BRANCH NAME: Solano County Old Courthouse | |
| PLAINTIFF: JORDAN DAVID BIVOLCIC<br><br>DEFENDANT: AMAZON, AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, BLUSMART, and<br>[X] DOES 1 TO 100, INCLUSIVE | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Solano<br>02/23/2024 at 03:08:54 PM<br>By: E. DeRogatis, Deputy Clerk |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED** (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE  [X] OTHER (specify): Products Liability<br>  ☐ Property Damage  ☐ Wrongful Death<br>  [X] Personal Injury  ☐ Other Damages (specify): | |
| **Jurisdiction** (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)<br>  Amount demanded  ☐ does not exceed $10,000<br>      ☐ exceeds $10,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>    ☐ from limited to unlimited<br>    ☐ from unlimited to limited | CASE NUMBER:<br><br>CU24-01286 |

1. **Plaintiff** (name or names): JORDAN DAVID BIVOLCIC

   alleges causes of action against **defendant** (name or names): AMAZON, AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, BLUSMART, and DOES 1 to 100, INCLUSIVE

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ **except** plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]  ■CEB Essential
ceb.com  ⒺForms

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

BIVOLCIC, Jordan

Electronically Submitted on 02/23/2024 03:08 PM

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| BIVOLCIC v. AMAZON, et al., | |

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ **except** defendant *(name):* AMAZON, and DOES 1-100, Inclusive
   (1) ☒ a business organization, form unknown.
   (2) ☐ a corporation.
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

b. ☒ **except** defendant *(name):* AMAZON.COM, INC., and DOES 1-100, Inclusive
   (1) ☐ a business organization, form unknown.
   (2) ☒ a corporation.
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

c. ☒ **except** defendant *(name):* AMAZON.COM SERVICES LLC, and DOES 1-100, Inclusive
   (1) ☐ a business organization, form unknown.
   (2) ☒ a corporation.
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

d. ☒ **except** defendant *(name):* BLUSMART, and DOES 1-100, Inclusive
   (1) ☒ a business organization, form unknown.
   (2) ☐ a corporation.
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1-100, Inclusive were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1-100, Inclusive are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

BIVOLCIC, Jordan

Page 2 of 3

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| BIVOLCIC v. AMAZON, et al., | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
  a. ☐ Motor Vehicle
  b. ☐ General Negligence
  c. ☐ Intentional Tort
  d. ☒ Products Liability
  e. ☐ Premises Liability
  f. ☐ Other *(specify)*:

11. Plaintiff has suffered *(check all that apply)*
  a. ☒ wage loss
  b. ☒ loss of use of property
  c. ☒ hospital and medical expenses
  d. ☒ general damage
  e. ☒ property damage
  f. ☒ loss of earning capacity
  g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☒ compensatory damages.
    (2) ☐ punitive damages.
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
    (1) ☒ according to proof.
    (2) ☐ in the amount of: $
    Judgment for prejudgment interest at 10% per annum pursuant to CC Section 3291.

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: February 23, 2024

CHANTELL CERVANTES-CHAMBERS      ▶ *Chantell Cervantes-Chambers*
(TYPE OR PRINT NAME)                 (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| BIVOLCIC v. AMAZON, et al., | |

____FIRST____     **CAUSE OF ACTION- Products Liability**     Page Four
      (number)
ATTACHMENT TO ☒ Complaint  ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: JORDAN DAVID BIVOLCIC

Prod. L-1. On or about *(date)*: June 9, 2022     plaintiff was injured by the following product:
      Blusmart Massage Gun

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
      ☒ used in the manner intended by the defendants.
      ☒ used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
      ☐ purchaser of the product.           ☒ user of the product.
      ☐ bystander to the use of the product.    ☐ other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. ☒ **Count One-Strict liability** of the following defendants who
      a. ☒ manufactured or assembled the product  *(names)*:
           AMAZON, AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, BLUSMART, and
                ☒ Does 1____ to 100, Inclusive
      b. ☒ designed and manufactured component parts supplied to the manufacturer  *(names)*:
           AMAZON, AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, BLUSMART, and
                ☒ Does 1____ to 100, Inclusive
      c. ☒ sold the product to the public *(names)*:
           AMAZON, AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, BLUSMART, and
                ☒ Does 1____ to 100, Inclusive

Prod. L-5. ☒ **Count Two-Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
      AMAZON, AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, BLUSMART, and
                ☒ Does 1____ to 100, Inclusive

Prod. L-6. ☐ **Count Three-Breach of warranty** by the following defendants  *(names)*:

                ☐ Does ____ to ____
      a. ☐ who breached an implied warranty
      b. ☐ who breached an express warranty which was
                ☐ written ☐ oral

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      ☐ listed in Attachment-Prod. L-7 ☐ as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
CEB Essential Forms
ceb.com     **CAUSE OF ACTION - Products Liability**     Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

BIVOLCIC, Jordan